UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORP., <br>                 Plaintiff, <br>     v. <br> FAMILYINTEL, LLC, <br>                 Defendant. | Case No.: 10-CV-03312-LHK <br><br> ORDER REQURING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

A Case Management Conference is scheduled before the undersigned judge on January 26, 2011. Although the November 16, 2010 Clerk's Notice Setting Case Management Conference notified the parties that a Joint Case Management Statement would be due January 19, 2011, the parties have failed to submit such a Statement in violation of Civil Local Rule 16-9. Accordingly, by 5:00 p.m., Monday, January 24, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: January 20, 2011

                                                  LUCY H. KOH <br>
                                                United States District Judge